IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VANESSA LYNN WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-CV-988-O |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 14. No objections were filed and the Magistrate Judge's recommendation is ripe for review. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 14) of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. The decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint is **DISMISSED with prejudice**.

**SO ORDERED** on this **28th day** of **July, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE